RECEIVED
NOV -9 2021
U.S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS

**UNITED STATES DISTRICT COURT**
**EASTERN DISTRICT OF MISSOURI**
_____DIVISION

)
)
)
Plaintiff(s), DEREX BROOKS )
)
v. )        Case No. 200-0657-70181026 19
)        (to be assigned by Clerk of District Court)
)
DEPARTMENT of VETERANS AFFAIRS )
ST LOUIS VA HEALTH CARE SYSTEM )        JURY TRIAL DEMANDED
JOHN COCHRAN DIVISION )
St LOUIS MO 63016 )        YES☐   NO☐
)
Defendant(s). (Enter above the full name(s) )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

## EMPLOYMENT DISCRIMINATION COMPLAINT

1.      This employment discrimination lawsuit is based on (check only those that apply):

____    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for employment discrimination on the basis of race, color, religion, gender, or national origin. **NOTE:** *In order to bring suit in federal district court under Title VII, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for employment discrimination on the basis of age (age 40 or older). **NOTE:** *In order to bring suit in federal district court under the Age Discrimination in Employment Act, you must first file charges with the Equal Employment Opportunity Commission.*

____    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*, for employment discrimination on the basis of disability. **NOTE:** *In order to bring suit in federal district court under the Americans with Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment Opportunity Commission.*

____  Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE:** *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

____  Other (Describe)

## PARTIES

2.   Plaintiff's name: _DEREK    BROOKS_

Plaintiff's address: _2715 CENTER ST    Apt C_
          Street address or P.O. Box

_GRANITE City. IL 62040_
          City/ County/ State/Zip Code

_1-314 -755 -2240_
          Area code and telephone number

3.   Defendant's name: _SECRETARY DEPARTENT of VETERANS Affair_

Defendant's address: _915 North GRAND BIVD_
          Street address or P.O. Box

_ST LOUIS MO 63106_
          City/County/State/ Zip Code

_1-314 -652 -4100_
          Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

4.     If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

*915  Nort  Grand  Blvd  St Louis  Mo  63106*

(Street Address)          (City/County)          (State)   (Zip Code)

5.     When did the discrimination occur?  Please give the date or time period:

*Oct  19  2018*

## ADMINISTRATIVE PROCEDURES

6.     Did you file a charge of discrimination against the defendant(s) with the Missouri Commission on Human Rights?

☐ Yes     Date filed: _____

☑ No

7.     Did you file a charge of discrimination against the defendant(s) with the Equal Employment Opportunity Commission or other federal agency?

☑ Yes     Date filed: *2-23-2018*

☐ No

8.     Have you received a Notice of Right-to-Sue Letter?

☑ Yes                              ☐ No

If yes, please attach a copy of the letter to this complaint.

9.     If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the Equal Employment Opportunity Commission.

3

## NATURE OF THE CASE

10.    The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

__✓__ termination of my employment

_____ failure to promote me

_____ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

__✓__ retaliation

__✓__ harassment

_____ other conduct (specify):

*Disabity*

Did you complain about this same conduct in your charge of discrimination?

    ☑ Yes                          ☐ No

4

11.   I believe that I was discriminated against because of my (check all that apply):

_____✓_____ race

_____ religion

_____ national origin

_____ color

_____ gender

___✓___ disability

_____ age (birth year is: _____)

_____ other:

Did you state the same reason(s) in your charge of discrimination?

☑ Yes                    ☐ No

12.   State here, as briefly and clearly as possible, the essential facts of your claim. Describe specifically the conduct that you believe is discriminatory and describe how each defendant is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

1. DEFAMATION of CHRACTER
A. SUPERVISOR claim it was over hEARD ME (DEREK Brooks
CALling him a profound NAME, I hAVE STATEMENTS from
Co-worKERS saying they NEVER hEARD ME say
ANything like specifically to thAt supervisor,
SUPERVISOR NAME is, Micheal Boch.
Micheal Bock is Known for targeting African
Amenians (Black) on JAN 30 2018 Micheal Black chrimed
                    It was overheard ME call him a "Faggot"
(Continue to page 6, if additional space is needed.)
SEE: ATTAch; is statements of witnese

5

- | -

ON Oct 19 2018.

1. I mr DEREK Brooks WAS Assaulted by supervisor TED WALKER
    A. I WAS hit in the throat

2. After the assault I was then put back into a hostile enviroment where I still worked around that supervisor
    A- I mr BROOKs have PTSD, my Diagonse Came from the military
    B: After working around him I was acraid.

3. MAnagEnt nEVER SEEm fit to tranlsfER ME from that Enviroment Nor Ted WAllER

Supervisor

SEE ATTACH forms.

4. Due my disability And mental state I was forced to work in AN Hostile Enviroment.

5. Also AfTER Oct 19, 2018. INCident, MAnagEment

(Attach additional sheets as necessary).
ViOlATED the master agreement and VA policies

SEE. ATTAched:                                6

13.    The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

I DEREX Brooks would like the CouRt to
1. GEt my job back
2. I would like to be made whole
3. And to obtain all monEtARy that
has been lost
4. To buy back all military time

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

*Derek Brooks*

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this ___1___ day of _NOVEMBER_____, 20_18_.

Signature of Plaintiff _____

8