**RECEIVED**

JAN - 7 2022

**U. S. DISTRICT COURT
EASTERN DISTRICT OF MO
ST. LOUIS**

**UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MISSOURI
_____DIVISION**

)
)
)
)
Plaintiff(s), DEREX Brooks )
)
v. Robert L. Wilkie )
Department of Veterans Affairs )
Secretary of Affairs. )
)
)
)
Defendant(s).  (Enter above the full name(s)  )
of all defendants in this lawsuit. Please )
attach additional sheets if necessary.) )

Case No. 4:21-CV-01326 MTS

(to be assigned by Clerk of District Court)

JURY TRIAL DEMANDED

YES ☐    NO ☐

## EMPLOYMENT DISCRIMINATION COMPLAINT (AMENDED)

1.      This employment discrimination lawsuit is based on (check only those that apply):

/    Title VII of the Civil Rights Act of 1964, as amended, 42 U.S.C. §§ 2000e, *et seq.*, for
employment discrimination on the basis of race, color, religion, gender, or national origin.
**NOTE**: *In order to bring suit in federal district court under Title VII, you must first obtain
a right-to-sue letter from the Equal Employment Opportunity Commission.*

_____    Age Discrimination in Employment Act of 1967, as amended, 29 U.S.C. §§ 621, *et seq.*, for
employment discrimination on the basis of age (age 40 or older).
**NOTE**: *In order to bring suit in federal district court under the Age Discrimination in
Employment Act, you must first file charges with the Equal Employment Opportunity
Commission.*

_____    Americans with Disabilities Act of 1990, as amended, 42 U.S.C. §§ 12101, *et seq.*,
for employment discrimination on the basis of disability.
**NOTE**: *In order to bring suit in federal district court under the Americans with
Disabilities Act, you must first obtain a right-to-sue letter from the Equal Employment
Opportunity Commission.*

_____ Rehabilitation Act of 1973, as amended, 29 U.S.C. §§ 701, *et seq.*, for employment discrimination on the basis of a disability by an employer which constitutes a program or activity receiving federal financial assistance.

**NOTE**: *In order to bring suit in federal district court under the Rehabilitation Act of 1973, you must first file charges with the appropriate Equal Employment Office representative or agency.*

_____ Other (Describe)   - Wrongfully termiNAtion
                         - RetaliAtion
                         - failure to accomodAte my
                           disability

**PARTIES**

2.  Plaintiff's name: *DEREK Brooks*

    Plaintiff's address: 2715 CENTER St Apt C
    _____
    Street address or P.O. Box

    GRANiTE City IL 62046
    _____
    City/ County/ State/Zip Code

    1-314-755-2246
    _____
    Area code and telephone number

3.  Defendant's name: RobERT L. Wilkie, Department Secretary of
    VETERANS AffAiRS.

    Defendant's address: (024) 810 Vermont Avenue, NW. Washingto
    d.c. 20420   Street address or P.O. Box   D.C. 20420
    _____
    N.W. Washington. DC 2040
    City/County/State/ Zip Code

    _____
    Area code and telephone number

**NOTE: IF THERE ARE ADDITIONAL PLAINTIFFS OR DEFENDANTS, PLEASE PROVIDE THEIR NAMES, ADDRESSES AND TELEPHONE NUMBERS ON A SEPARATE SHEET OF PAPER.**

2

4.     If you are claiming that the discriminatory conduct occurred at a different location, please provide the following information:

915   North Grand Blvd St.Louis Mo. 63106
(Street Address)              (City/County)              (State)    (Zip Code)

5.     When did the discrimination occur?  Please give the date or time period:

Oct 19, 2018

## ADMINISTRATIVE PROCEDURES

6.     Did you file a charge of discrimination against the defendant(s) with the Missouri

Commission on Human Rights?

☐ Yes     Date filed: _____

☑ No

7.     Did you file a charge of discrimination against the defendant(s) with the Equal

Employment Opportunity Commission or other federal agency?

☑ Yes     Date filed: 2-23-2018

☐ No

8.     Have you received a Notice of Right-to-Sue Letter?

☑ Yes                              ☐ No

If yes, please attach a copy of the letter to this complaint.

9.     If you are claiming age discrimination, check one of the following:

_____60 days or more have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

_____fewer than 60 days have passed since I filed my charge of age discrimination with the

Equal Employment Opportunity Commission.

3

## **NATURE OF THE CASE**

10.     The conduct complained of in this lawsuit involves (check only those that apply):

_____ failure to hire me

___✓___ termination of my employment

_____ failure to promote me

___✓___ failure to accommodate my disability

_____ terms and conditions of my employment differ from those of similar employees

___✓___ retaliation

_____ harassment

_____ other conduct (specify):


Did you complain about this same conduct in your charge of discrimination?

☑ Yes                            ☐ No

4

11.    I believe that I was discriminated against because of my (check all that apply):

____ ✓    race

____    religion

____    national origin

____    color

____    gender

____ ✓    disability

____    age (birth year is: _____)

✓    other:

Did you state the same reason(s) in your charge of discrimination?

☑ Yes                    ☐ No

12.    State here, as briefly and clearly as possible, the essential facts of your claim.
Describe specifically the conduct that you believe is discriminatory and describe how each defendant
is involved in the conduct. Take time to organize your statement; you may use numbered paragraphs
if you find it helpful.  It is not necessary to make legal arguments, or to cite cases or statutes.

1. MANagement - failure to accomade my disability
due to the oct 19 incident And assault on me MR Brooks At
John Cochran VA Hospital, After being Assaulted by supervisor
TED WALKER, MANagement seen forth to put me back on
the same tour of duty wh which TED WALKER also was
present which caused me to be in A hostile Enviromer
SEE - Exhibit A of report of police Report And witness
signed statements.

(Continue to page 6, if additional space is needed.)

5

Management also violated me to terms and conditions of Employment due to hearsay in which micheal Bock Supervisor stated that it was <u>OVERHEARD</u> me mr Brooks calling him a derrogatory word. mr Micheal Bock <u>RETALIATED</u> towards me Brooks due to previous write in which I wrote to the Union onl him And the <u>HARRASEMENT</u> of AFRICAN AMERICANS

⟶ SEE Attachments of write up which occurred against supervisor micheal Bock of statements And witnesses

# <u>Exhibit B</u>

⟶ Managent also <u>breached the contract in which I</u> Signed the LCA Last Chance agreement, In a sense I retaliated upon due to <u>false Accusation</u> and defamed by supervisor micheal bock which LED to termination

⟶ Management have no proof of me mr Brooks calling or saying to supervisor of me mr Brooks directing or using that Language towards the supervisor Micheal Bo but i have statement and witeness written statement that i was never heard.

(Attach additional sheets as necessary).

13.    The acts set forth in paragraph 12 of this complaint:

☐ are still being committed by the defendant.

☐ are no longer being committed by the defendant.

☐ may still be being committed by the defendant.

### REQUEST FOR RELIEF

State briefly and exactly what you want the Court to do for you.  Make no legal arguments;

cite no cases or statutes.

1. I would like the court seek monetary award from terminated Employment till this day.

2. I would like to be made whole.

3. I would like the court to diminish the termination so that I could government Employment

4. I would like to obtain monetary so that I could buy my military time back

14.    Under Federal Rule of Civil Procedure 11, by signing below, I certify to the best of my knowledge, information, and belief that this complaint: (1) is not being presented for an improper purpose, such as to harass, cause unnecessary delay, or needlessly increase the cost of litigation; (2) is supported by existing law or by a nonfrivolous argument for extending, modifying, or reversing existing law; (3) the factual contentions have evidentiary support or, if specifically so identified, will likely have evidentiary support after a reasonable opportunity for further investigation or discovery; and (4) the complaint otherwise complies with the requirements of Rule

7

I agree to provide the Clerk's Office with any changes to my address where case-related papers may be served. I understand that my failure to keep a current address on file with the Clerk's Office may result in the dismissal of my case.

I declare under penalty of perjury that the foregoing is true and correct.

Signed this __6__ day of __JANUARY__, 20 __22__.

Signature of Plaintiff _____

8